# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERARD A. BELL

NO. 2026 KW 0321

**MAY 27, 2026**

---

In Re:     Gerard A. Bell, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 49312, 49704, 49705.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with the Uniform Rules of Louisiana Courts of Appeal, 4-5(C)(11), in that the writ application does not include a notice of intent with a signed return date order. The writ does not contain a jurisdictional statement, the status of the case, a statement that no opposition was filed, all the pertinent court minutes, the rulings on the motion to quash, suppress, and dismiss filed under docket numbers 49704 and 49705, and any other portions of the district court record that might support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Because the trial in this case is scheduled for June 12, 2026, in the event relator elects to file a new application with this court, the application must be filed with this court on or before June 1, 2026, and the application must comply with the requirements of Rule 4-4, concerning requests for expedited consideration. Any future filing on this issue shall include the entire contents of this application, the missing items noted above, and a copy of this ruling.

                          **EW**
                          **CHH**
                          **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT